IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SILAS KENDRICKS,

    Petitioner,

v.                                      CASE NO.  4:11cv368-RH/WCS

EDWIN BUSS,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5.  No objections have been filed, but the petitioner has filed a "notice of inquiry," ECF No. 6, which I have considered.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on September 21, 2011.

                                                      Robert L. Hinkle
                                                      United States District Judge